UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA L. BAHNY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-cv-5516-KLS<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: a different administrative law judge will re-evaluate Plaintiff's fibromyalgia/chronic fatigue syndrome, which will be fully addressed in determining whether it is a severe impairment; re-evaluate the severity of Plaintiff's severe and non-severe impairments, alone and in combination; re-evaluate lay witness statements in the record and reasons provided if they are not accepted in assessing Plaintiff's credibility; reconsider Plaintiff's RFC; re-evaluate whether Plaintiff can perform her past relevant work, and; based on the

Page 1    ORDER- [3:07-cv-5516-KLS]

expanded record, vocational expert evidence should be obtained, if warranted.  The ALJ will keep in mind Plaintiff's date last insured for disability purposes is June 30, 2002.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Dated this 30th day of June, 2008.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY    WSB # 26456
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2112
Fax:     206-615-2531
thomas.elsberry@ssa.gov

Page 2      ORDER- [3:07-cv-5516-KLS]