UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PATRICIA L. BAHNY,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>　　　Defendant | Civil No. 3:07-CV-5516-KLS<br><br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that this action is reversed and remanded to the Commissioner of Social Security for further administrative proceedings consistent with the Order filed on June 30, 2008.

DATED this 30th day of June, 2008.

*Karen L. Strombom* (signature)
Karen L. Strombom
United States Magistrate Judge

Judgment - page 1