Honorable Karen L. Strombom
United States Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA L. BAHNY<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br><br>Defendant. | CASE NO. C07-5516KLS<br><br>STIPULATION AND ORDER RE AWARD<br>OF ATTORNEY'S FEES AND COSTS |

STIPULATION

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 24.80 hours by counsel for the plaintiff, a statutorily allowed rate of $166.46 per hour, and $350.00 cost for the filing fee and $17.80 expense for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

Dated this __8th__ day of July 2008.

/s/ Charles W. Talbot                                Approved per phone call on July 8, 2008
Charles W. Talbot, WSBA #7448            Thomas M. Elsberry
Attorney for Plaintiff                                 Attorney for Defendant

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

PLAINTIFF'S OPENING MEMORANDUM - 1

ORDER/JUDGMENT

Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $4,128.21, with a cost for filing fee of $350.00, and an expense of $17.80 for service of the summons and complaint, pursuant to 28 U.S.C. § 1920, for a total judgment of $4,496.01.

Dated this 11th day of July, 2008.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry:

Approved per phone call on
July 8, 2008
Thomas M. Elsberry
Attorney for Defendant

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

PLAINTIFF'S OPENING MEMORANDUM - 2