UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PATRICIA BAHNY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security Administration,<br><br>        Defendant. | NO. CV-06-5516-KLS<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

   This matter coming on regularly before the undersigned upon the motion of the plaintiff for an order awarding attorney's fees pursuant to 42 U.S.C. § 406(b), and the court having fully considered the pleadings filed in support of such request, there being no objection from defendant and the court deeming itself fully advised, now therefore it is

   ORDERED ADJUDGED AND DECREED that counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $13,526.00 less the prior EAJA award $4,146.01, for a net award of attorney's fees in the amount of $9,379.99.

   DATED this 11th day of September, 2009.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

Presented by:


/s/Charles W. Talbot
Charles W. Talbot, WSBA # 7448
Attorney for Plaintiff

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300

ORDER AWARDING ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) - 2