# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICIA BAHNY

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Acting Commissioner of Social Security

CASE NUMBER: C07-5516KLS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That counsel for the plaintiff shall be awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the gross amount of $13,526.00 less the prior EAJA award $4,146.01, for a net award of attorney's fees in the amount of $9,379.99.

| September 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk